UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOSEPH KUBERSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:15-CV-320-HAB |
| | ) |
| REV RECREATION GROUP, INC. | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This is a lawsuit for breach of warranty in connection with the purchase of a recreational vehicle (RV). After a five-day jury trial, the jury found in favor of the Defendant. (ECF No. 139). On January 14, 2021, Magistrate Judge Susan Collins issued a Report and Recommendation (ECF No. 158) upon referral of two motions: the Defendant's Bill of Costs (ECF No. 144) and the Plaintiff's Objection to the Bill of Costs and Motion to Stay Enforcement Pending Appeal (ECF No. 146). The Magistrate Judge recommended that Plaintiff's objection to Defendant's bill of costs be sustained in part and overruled in part, that the Defendant's bill of costs be reduced from $8,853.38 to $7,956.42, and that the enforcement of the bill of costs be STAYED pending appeal. The time for objections to the R & R has passed with no objections having been filed.

The undersigned has reviewed the Magistrate Judge's R & R and the thorough analysis of the Defendant's bill of costs as well as each of the objections to specific costs raised by the Plaintiff. The conclusions reached by the Magistrate Judge are well-reasoned and legally supported. Upon careful consideration of the Magistrate Judges findings in the Report and Recommendation and the lack of objections thereto, the R & R is APPROVED AND ADOPTED. (ECF No. 158). In accordance with the R & R:

(1) Plaintiff's objection to Defendant's bill of costs (ECF No. 146) is SUSTAINED IN PART and OVERRULED IN PART;

(2) Defendant's bill of costs (ECF No. 144) is reduced from $8,853.38 to $7,956.42; and

(3) Enforcement of the bill of costs shall be STAYED pending appeal.

SO ORDERED on February 1, 2021

                                              s/ *Holly A. Brady*
                                              JUDGE HOLLY A. BRADY
                                              UNITED STATES DISTRICT COURT